**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**RUBEN OLVERA CONTRERAS**                                                    **PLAINTIFF**

**v.**                                    **NO. 2:08CV00162 JLH**

**BILL WISCHKAEMPER**                                                    **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

DATED this 17th day of October, 2008.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE