**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**RUBEN OLVERA CONTRERAS**                                       **PLAINTIFF**

**v.**                                      **NO. 2:08CV00162 JLH**

**BILL WISCHKAEMPER**                                            **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case with prejudice.

The relief sought is denied.

DATED this 17th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE